**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>    v.<br>KEITH L. BEEMAN<br>BOBBIE S. BEEMAN<br>            Defendant(s) | Civil Action No:  02-CV-4854 |

**ORDER**

AND NOW, this      day of             , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

    1.   That the public sale held on February 26, 2003 is hereby confirmed.

    2.   That the Marshal is ordered and directed to execute and deliver to Rodney E. Frey, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of KEITH L. BEEMAN and BOBBIE S. BEEMAN in and to the premises sold located at 687 N. Lime Street, Elizabethtown, PA 17022.

    3.   That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>     v.<br><br>KEITH L. BEEMAN<br>BOBBIE S. BEEMAN<br>            Defendant(s) | Civil Action No:  02-CV-4854 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1. In accordance with Order entered November 18, 2002 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on February 26, 2003 and sold to Rodney E. Frey for a bid of $54,600.00.

2. The Marshal's Return of Sale is attached as Exhibit B.

3. Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4. The Order of November 18, 2002 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5. Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

```
GOLDBECK McCAFFERTY & McKEEVER
By:  Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 500 - The Bourse Building
111 S. Independence Mall East
Philadelphia, PA  19106
(215) 627 - 1322

s/ Michael T. McKeever
```

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br> v.<br>KEITH L. BEEMAN<br>BOBBIE S. BEEMAN<br>    Defendant(s) | Civil Action No:   02-CV-4854 |

**CERTIFICATE OF SERVICE**

 I certify that on April 1, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

KEITH L. BEEMAN and BOBBIE S. BEEMAN
687 NORTH LIME STREET
ELIZABETHTOWN, PA 17022

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF LANCASTER COUNTY
40 East King Street
PO Box 83479
Lancaster, PA 17608

ELIZABETHTOWN BOROUGH
600 S. Hanover Street
Elizabethtown, PA 17022

OCCUPANTS/TENANTS
697 N. Lime Street
Elizabethtown, PA 17022

RODNEY E. FREY
985 Pinetree Way
Lancaster, PA 17601

        Respectfully submitted,

        GOLDBECK McCAFFERTY & McKEEVER
        By:  Michael T. McKeever, Esquire
        Pennsylvania Attorney I.D. No. 56129
        Suite 500 – The Bourse Building
        111 S. Independence Mall East
        Philadelphia, PA  19106
        (215) 627 – 1322

        s/ Michael T. McKeever