ADVERTISING ORDER

U. S. Marshals Service - Department of Justice      VOUCHER
Room 2110       601 Market St., Phila, PA 19106     PAID BY :

The publisher of Lancaster Newspapers, Inc. is authorized to publish the enc
advertisement according to the schedule below, provided the rates are no
excess of the commercial rates charged to private individuals with the
discounts. It is to be set solid, without paragraphing, and without any di
in the heading unless otherwise expressly authorized in the specification

NAME OF PUBLICATION: Lancaster Newspapers, Inc.
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: January 29, February 5, 12, and 19, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Keith L. Beeman and Bobbie S. Beeman

AUTHORITY TO ADVERTISE
DATE: January 8, 2003
CASE NUMBER: Case No.#02-4854
SIGNATURE OF AUTHORIZING OFFICIAL: _____
----------PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY OF AD HERE]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4
NUMBER OF LINES IN AD: 209 per day
COST PER LINE: $2.41 per line + $75.00 notary fee

TOTAL COST: $2,022.26

AFFIDAVIT - This represents a true billing for the attached advertising o
with specifications and copy, which has been completed.
SIGNATURE OF PUBLISHER: _____
TITLE: Billing Clerk

NAME OF PUBLICATION: Lancaster Newspapers, Inc.
ADDRESS: 8 W. King Street, P.O. Box 1328
Lancaster, PA 17608-1328
------------------------------------------------
FOR U.S.MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____   CHECK # _____

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY
Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated November 18, 2002, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4854 on a judgment in the amount of $105,016.56 plus interest from March 31, 2001 rendered in the Court, in favor of the United States of America and against KEITH L. BEEMAN and BOBBIE S. BEEMAN, the following described real estate, located at 687 N. Lime Street, Elizabethtown, PA 17022, shall be offered for sale on February 26, 2003 at 12:30 PM at the property address of: 687 N. Lime Street, Elizabethtown, PA 17022, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania.
ALL THAT CERTAIN lot or tract of land situate on the northeast side of North Lime Street in the Borough of Elizabethtown, County of Lancaster and Commonwealth of Pennsylvania, being known as Lot 19, Block J on a Plan of Sunrise Terrace, Section II, said plan being recorded in Subdivision Plan Book J-121, Page 18, and more fully bounded and described as follows:
BEGINNING at a point on the northeast side of North Lime Street, said point being a corner of Lot 18, Block J; thence extending along said ... to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extent the fund created by the sale is insufficient to pay such transfer taxes.
Distribution of Proceeds: A Schedule of Proposed Distribution of the proceeds of sale will be filed with the Marshall within ten (10) days of confirmation by Court Order of the sale. No Schedule of Distribution will be filed if the property is sold to the Plaintiff for costs only. The Marshal shall distribute the proceeds of sale in accordance with the proposed Schedule of Distribution unless written exceptions are filed with the Marshal not later than ten (10) days after the filing of the proposed schedule.
For information concerning the amount that Plaintiff intends to bid or for other information you may contact:
Michelle Hartzell
Phone #: (610)775-5474
Email: Michelle.Hartzell@paallentow.fsc.usda.gov
or
Michael McKeever
Phone #: (215) 627-1322
Email: McKeever@goldbecklaw.com
For a complete list of all properties offered for sale by the Department of Agriculture go to: http://www.resales.usda.gov/