

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. _02-CV- 4854_

I, _MICHAEL P. GREEN_, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at _687 N. LIME STREET, ELIZABETHTOWN PA_. The public sale was held on _FEBRUARY 26, 2003_ and the highest bidder was _RODNEY E. FREY_, who bid the amount of $ _54,600.00_.

Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania