UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>KEITH L. BEEMAN<br>BOBBIE S. BEEMAN<br><br>                             Defendant(s) | CIVIL NO. 02-CV-4854<br><br>FILED FEB 2 0 2003 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(X)   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9844 1076 3896

TO: BEEMAN, KEITH L. (OH)
**KEITH L. BEEMAN**
245 SOUTH HIGHLAND AVENUE
BUCYRUS, OH 44820

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

REFERENCE: BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE


---

7160 3901 9844 1076 3920

TO: BEEMAN, KEITH L. (OH) #2
**KEITH L. BEEMAN**
2115 SOUTH HIGHLAND AVENUE
BUCYRUS, OH 44820

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

REFERENCE: BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

7160 3901 9844 1076 3957

TO: BEEMAN, BOBBIE S. (OH)
**BOBBIE S. BEEMAN**
245 SOUTH HIGHLAND AVENUE
BUCYRUS, OH 44820

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

REFERENCE: BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE


---

7160 3901 9844 1076 3889

TO: BEEMAN, KEITH L. (TX)
**KEITH L. BEEMAN**
682 F. Spring Branch Drive
Krumb, TX 76249

SENDER: GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

REFERENCE: BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

7160 3901 9844 1076 3926

**TO:** BEEMAN, BOBBIE S. (OH) #2
**BOBBIE S. BEEMAN**
2115 SOUTH HIGHLAND AVENUE
BUCYRUS, OH 44820

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

**REFERENCE:** BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE


---

7160 3901 9844 1076 3919

**TO:** BEEMAN, BOBBIE S. (TX)
**BOBBIE S. BEEMAN**
682 F. Spring Branch Drive
Krumb, TX 76249

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
December 16, 2002

**REFERENCE:** BEEMAN, KEITH L. / USA-0140
02/26/03 Lancaster

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE


**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
- ☐ Express
- ☐ Registered
- ☐ Insured
- ☐ COD
- ☐ Return Receipt (RR) for Merchandise
- ☐ Certified
- ☐ Int'l Rec. Del.
- ☐ Del. Confirmation (DC)

If Registered Mail check below:
- ☐ Insured
- ☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | OCCUPANTS/TENANTS<br>687 N. Lime Street<br>Elizabethtown, PA 17022 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

1242 U.S. POSTAGE PB2211913
9448 $02.700 DEC 16 02
7179 MAILED FROM ZIP CODE 19106

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999          Complete by Typewriter, Ink, or Ball Point Pen

Benson

45A

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

Check type of mail:
- ☐ Express  ☐ Return Receipt (RR) for Merchandise
- ☐ Registered  ☐ Certified
- ☐ Insured  ☐ Int'l Rec. Del.
- ☐ COD  ☐ Del. Confirmation (DC)

If Registered Mail check below:
- ☐ Insured
- ☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. Postmark and Date of Receipt ▼

| Line | Article Number | Addressee Name, Street and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | ELIZABETHTOWN BOROUGH<br>600 S. Hanover Street<br>Elizabethtown, PA 17022 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Postmark: CONTRACT · 19106 · JAN 28 2003 · PHILADELPHIA PA

U.S. POSTAGE $00.900 PB 2211913 JAN 28 03
MAILED FROM ZIP CODE 19106

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999

Complete by Typewriter, Ink, or Ball Point Pen

Berman   USA

**Certified Mail Return Receipts**

Receipt 1:
- Article Number: 7160 3901 9844 1076 3896
- Addressed to: BEEMAN, KEITH L. (OH), KEITH L. BEEMAN, 245 SOUTH HIGHLAND AVENUE, BUCYRUS, OH 44820
- Service Type: CERTIFIED MAIL
- Received by: Kevin Beeman
- Signature: Kevin Beeman
- Date of Delivery: 12-18-02
- PS Form 3811, July 2001, Domestic Return Receipt
- GOLDBECK MCCAFFERTY & MCKEEVER BEEMAN, KEITH L. / USA-0140 02/26/03 Lancaster

Receipt 2:
- Article Number: 7160 3901 9844 1076 3957
- Addressed to: BEEMAN, BOBBIE S. (OH), BOBBIE S. BEEMAN, 245 SOUTH HIGHLAND AVENUE, BUCYRUS, OH 44820
- Service Type: CERTIFIED MAIL
- Received by: Kevin Beeman
- Signature: Kevin Beeman
- Date of Delivery: 12-18-02
- PS Form 3811, July 2001, Domestic Return Receipt
- GOLDBECK MCCAFFERTY & MCKEEVER BEEMAN, KEITH L. / USA-0140 02/26/03 Lancaster

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                       Plaintiff<br><br>vs.<br><br>KEITH L. BEEMAN<br>BOBBIE S. BEEMAN<br><br>                       Defendants | CIVIL NO. 02-CV-4854 |

### AFFIDAVIT PURSUANT TO RULE 3129

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        687 N. Lime Street
        Elizabethtown, PA 17022

1. Name and address of Owners or Reputed Owners:

        KEITH L. BEEMAN
        687 NORTH LIME STREET
        ELIZABETHTOWN, PA 17022

        BOBBIE S. BEEMAN
        687 NORTH LIME STREET
        ELIZABETHTOWN, PA 17022

2. Name and address of Defendants in the judgment:

        KEITH L. BEEMAN
        687 NORTH LIME STREET
        ELIZABETHTOWN, PA 17022

        BOBBIE S. BEEMAN
        687 NORTH LIME STREET
        ELIZABETHTOWN, PA 17022

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        PA DEPARTMENT OF PUBLIC WELFARE
        Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF LANCASTER COUNTY
40 East King Street
PO Box 83479
Lancaster, PA 17608

ELIZABETHTOWN BOROUGH
600 S. Hanover Street
Elizabethtown, PA 17022

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.


7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

OCCUPANTS/TENANTS
687 N. Lime Street
Elizabethtown, PA 17022

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: January 28, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff

*Please post property by January 04, 2003*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: The United States of America | COURT CASE NUMBER: 02-CV-4854 |
| DEFENDANT: Keith L. Beeman; Bobbie S. Beeman | TYPE OF PROCESS: Notice of U.S. Marshal's Sale |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keith L. Beeman & Bobbie S. Beeman

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
687 N. Lime Street, Elizabethtown, PA 17022

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*Please Post Handbill*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 215-637-1322
DATE: 12-16-02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: Cheryl
Date: 12-18-02

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1-16-03
Time: 205 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 61.92 | | | | 61.92 | |

REMARKS:
Posted Property @ front door - occupied
RT 174 miles @ .46 = 61
Lanc Map 12 B-8

NOTE

PRIOR EDITIONS MAY BE USED
**3. NOTICE OF SERVICE**
FORM USM-285 (Rev. 12/15/80)