**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-4854 |
| | : | |
| v. | : | |
| | : | |
| KEITH L. BEEMAN and | : | |
| BOBBIE S. BEEMAN, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this         day of April, 2003, upon consideration of the Plaintiff's Motion for Confirmation of Public Sale and it appearing to the Court that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that:

1.    The public sale held on February 26, 2003 is hereby CONFIRMED;

2.    The U.S. Marshal is ORDERED and DIRECTED to execute and deliver to Rodney E. Frey, their successors and assigns, a good and sufficient deed, conveying all right, title and interest of Keith L. Beeman and Bobbie S. Beeman in and to the premises sold located at 687 N. Lime Street, Elizabethtown, PA 17022;

3.    The judgment entered against Defendants is hereby satisfied; and

3.    Jurisdiction is retained for such further orders and decrees as may be necessary.

BY THE COURT:

_____
J. CURTIS JOYNER, J.